## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **ESMERALDA ROSAS,** | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No. 4:19-cv-04861** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LTD FINANCIAL SERVICES, L.P.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, Esmeralda Rosas, and Defendant, LTD Financial Services, P.C., hereto stipulate to the dismissal of the above-entitled action with prejudice and with each party to bear its own costs and fees.

Respectfully submitted,


*/s/* Sondra Jurica

Sondra Jurica, Esq.
LTD Financial Services, L.P.
3200 Wilcrest, Suite 600
Houston, Texas 77042
Office: 713-414-2100, Ext: 2158
Attorney for the Defendant

Date: September 16, 2020


*/s/ Amy L. Bennecoff Ginsburg*

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: September 16, 2020

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 16th day of September, 2020:

Sondra Jurica, Esq.
Chief Compliance Officer & General Counsel
LTD Financial Services, L.P.
3200 Wilcrest, Suite 600
Houston, Texas 77042
Office: 713-414-2100, Ext: 2158
Attorneys for Defendant

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff