United States District Court
Southern District of Texas
**ENTERED**
September 21, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ESMERALDA ROSAS, | ) |
| Plaintiff, | ) Civil Action No. 4:19-cv-04861 |
| v. | ) |
| LTD FINANCIAL SERVICES, L.P., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiff, Esmeralda Rosas, and Defendant, LTD Financial Services, L.P., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: 9/18/20

JUDGE PRESIDING